# Order

Michigan Supreme Court
Lansing, Michigan

June 22, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157835(36)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DOUGLAS CORNELL JACKSON,
     Defendant-Appellant.
_____/

SC: 157835
COA: 342075
Wayne CC: 09-003770-FC

On order of the Chief Justice, the motion of defendant-appellant for reconsideration of the order entered on June 1, 2018, is DENIED. For the reasons explained in that order, the only issue reviewable by this Court at this time is whether the Court of Appeals erred in dismissing the defendant-appellant's delayed application for leave to appeal on jurisdictional grounds because he failed to file it within the time period required by MCR 7.205(G)(3). Defendant-appellant is allowed an additional fourteen days to submit a new application addressing that question only. If the new application is not submitted on or before July 20, 2018, this matter will be administratively dismissed. This order shall serve as notice of the possible administrative dismissal under MCR 7.317(B).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2018



Clerk